1   RICHARD M. ROGERS, #045843
    MAYO & ROGERS
2   114 Sansome Street, #1310
    San Francisco, CA 94104
3   Telephone:    415/397-1515
    Facsimile:    415/397-1540
4   Email:        RogersRMR@aol.com

5   Attorneys for Plaintiff
    MARTHA E. HUBBARD

6

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11

12  MARTHA E. HUBBARD,            )    CASE NO. C05-02169 SBA [ECF]
                                  )
13          Plaintiff,            )    Case filed:          05/11/05
                                  )    Removed to USDC:   05/26/06
14       v.                       )
                                  )
15  BLUE SHIELD OF CALIFORNIA,    )    STIPULATION AND
                                  )    ORDER RE FIRST AMENDED
16          Defendant.            )    COMPLAINT
    _____)

17

18

19

20

21

22

23

24

25

26

27

28

1    The parties hereto stipulate that Plaintiff may file a First Amended Complaint in the form of

2    Exhibit 1 hereto.

3                                                        Respectfully submitted,

4    Dated:  6 - 6 - 05                                  MAYO & ROGERS

5

6    By: _____
                                                         RICHARD M. ROGERS
7                                                        Attorneys for Plaintiff

8    Dated:  6/3/05                                      LITTLER MENDELSON, P.C.

9

10   By: _____
                                                         JENNIFER J. WALT
11                                                       Attorneys for Defendant
                                                         BLUE SHIELD OF CALIFORNIA
12

13   IT IS SO ORDERED.

14   Dated: 7-11-05                      By: _____/s/ Saundra Brown Armstrong_____

15                                           MAGISTRATE JUDGE OF THE US DISTRICT COURT

16

17

18

19

20

21

22

23

24

25

26

27

28

RICHARD M. ROGERS, #045843
MAYO & ROGERS
114 Sansome Street, #1310
San Francisco, CA 94104
Telephone:    415/397-1515
Facsimile:    415/397-1540
Email:    RogersRMR@aol.com

Attorneys for Plaintiff
MARTHA E. HUBBARD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA E. HUBBARD, | **CASE NO. C05-02169 SBA [ECF]** |
| Plaintiff, | **FIRST AMENDED COMPLAINT FOR EQUITABLE RELIEF AND DAMAGES** |
| v. | |
| BLUE SHIELD OF CALIFORNIA, | **DEMAND FOR JURY TRIAL** |
| Defendant. | |

Comes now Plaintiff MARTHA E. HUBBARD, and alleges:

## JURISDICTION

1.      Plaintiff asserts a claim under the Age Discrimination in Employment Act, 29 USC sections 621, *et seq.*  The Court has jurisdiction over the federal claim pursuant to 28 USC section 1331 and supplemental jurisdiction over the state claims pursuant to 28 USC section 1367(a).

## VENUE

2.      Venue is proper in this Court in that Plaintiff complains of conduct which occurred in San Francisco, California.  42 USC section 2000e-5(f).

//

//

EXHIBIT 1

## FIRST CAUSE OF ACTION
### (Age Discrimination: FEHA)

3.    Plaintiff MARTHA E. HUBBARD was employed by Defendant BLUE SHIELD OF CALIFORNIA ("Blue Shield") as a Project Manager from July 10, 2000, until she was laid off on December 3, 2004.

4.    Plaintiff performed her job competently at all times pertinent hereto.

5.    Plaintiff was notified that she would be laid off on November 10, 2004, and she received a layoff notice on December 3, 2004.

6.    Plaintiff applied for other positions at Defendant Blue Shield for which she was qualified.   Defendant Blue Shield rejected Plaintiff for the positions in spite of Plaintiff's qualifications.

7.    Defendant rejected Plaintiff's applications and decided to terminate Plaintiff's employment because of Plaintiff's age, in violation of the Fair Employment and Housing Act.

8.    As a direct result of Defendant's said conduct, Plaintiff has suffered loss of earnings and will continue to suffer such losses in future, all to her damage in a sum within the jurisdiction of this Court.

9.    As a further direct result of Defendant's said conduct, Plaintiff has suffered and will continue to suffer severe emotional distress to her general damage in an amount within the jurisdiction of this Court.

10.   Defendant's said conduct was outrageous, despicable, malicious, oppressive, fraudulent and beyond the bounds tolerated by a civilized community, by reason of which Plaintiff demands exemplary and punitive damages.  Defendant intended to harm Plaintiff.

11.   Plaintiff has exhausted her administrative remedies by filing complaints with the Department of Fair Employment and Housing and the United States Equal Employment Opportunity Commission.  Plaintiff has received right-to-sue letters from both agencies.

//

//

**SECOND CAUSE OF ACTION**
**(Age Discrimination: ADEA)**

12.     Plaintiff incorporates by this reference Paragraphs 3 through 10 of her First Cause of Action.

13.     Defendant Blue Shield acted wilfully to discriminate against Plaintiff because of her age.

14.     Defendant's said conduct violated the Age Discrimination in Employment Act.

**THIRD CAUSE OF ACTION**
**(Common Law Claim)**

15.     Plaintiff incorporates by this reference Paragraphs 3 through 10 of her First Cause of Action.

16.     Defendant's said course of conduct violated the public policy of the State of California and the United States of America as set forth in statutes, including the ADEA and FEHA.

WHEREFORE, Plaintiff prays for:

1.     Injunctive relief requiring Defendant to refrain from further discriminatory acts and remedying past discrimination;

2.     Actual damages in a sum to be ascertained at trial;

3.     General damages in an amount within the jurisdiction of this Court;

4.     Exemplary and punitive damages in an amount within the jurisdiction of this Court;

5.     Costs of suit, prejudgment interest, reasonable attorney's fees; and

6.     Such further relief as the Court deems just and proper.

Respectfully submitted,

Dated:___06/06/05_____                    MAYO & ROGERS


By:___/s/_____
                              RICHARD M. ROGERS
                              Attorneys for Plaintiff

# DEMAND FOR JURY TRIAL

Plaintiff hereby demands trial by jury.

Respectfully submitted,

Dated:    06/06/05

MAYO & ROGERS

By:    /s/
RICHARD M. ROGERS
Attorneys for Plaintiff